IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL KONDASH, ET AL, ) | |
| ) | Civil No. 04-1503-HU |
| Plaintiff(s), ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| CITY OF GRESHAM, ET AL, ) | |
| ) | |
| Defendant(s). ) | |

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot.

Dated this 31st day of May, 2005.

                                                DONALD M. CINNAMOND
                                              Clerk, United States District Court
                                                  /s/ Kathleen Bartholomew

                                            by _____
                                              Kathleen Bartholomew, Deputy Clerk